THOMAS LOOBY *vs.* EDWARD E. DAVIDSON *et al.*

Argued April 14, 1892.   Decided May 5, 1892.

Appeal by defendant Edward E. Davidson from a judgment of the District Court of Ramsey county, *Egan*, J., entered January 4, 1892.

This case involved the same questions as the previous one of *Ness* v. *Davidson*, ante, p. 469.   Thomas Looby did the brick work on the alterations of the Exposition Rink building.   His bill was $3,180, on which he was paid $1,367.51, and he made and filed a lien statement for the balance.   He brought this action.   A supplemental complaint was allowed and filed, and the case tried, and judgment entered as in the Ness Case.

*Williams, Goodenow & Stanton* and *Eller & How*, for appellant.
*Lawler, Durment & Bigelow*, for respondent.

PER CURIAM.   The decision in this case is controlled by that in *Ness* v. *Davidson*, ante, 469, (52 N. W. Rep. 46.)   Judgment affirmed.

(Opinion published 52 N. W. Rep. 48.)